437 A.2d 1025

Commonwealth v. Owens, Appellant.

Petition for Allowance of Appeal Denied Jan. 11, 1982.

Argued September 10, 1980. Leonard L. Ettinger, for appellant; Sarah Van den Braak, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.